# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE GUS CRISTO,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION; FINANCIAL INDUSTRY REGULATORY AUTHORITY; JAY CLAYTON, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; WILLIAM BARR, in his official capacity as United States Attorney General; ROBERT W. COOK, President and Chief Executive Officer of FINRA; SEC employees DOE 1-20; and FINRA employers DOE 1-20,<br><br>          Defendants. | Case No.: 19cv1910-GPC(MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>**[Dkt. No. 5.]** |

  Before the Court is Plaintiff Constantine Gus Cristo's, proceeding *pro per* and *in forma pauperis*, motion for permission to use the Court's electronic case filing system. Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual permits a pro se litigant to file electronically only if authorized by the Court.

1

Pursuant to Section 2(b), Plaintiff "has demonstrate[d] the means to do so properly by stating [his] equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. (Dkt. No. 5.) Good cause appearing, the Court GRANTS Plaintiff's motion for permission to use the Case Management/Electronic Case Filing (CM/ECF) system. Plaintiff is ordered to attend CM/ECF classes with the Clerk's Office and is directed to contact the Clerk's office at 619-557-5600 to arrange training. In accordance with section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, Plaintiff is instructed that he "must register as a user with the Clerk's Office as a subscriber to PACER within five (5) days."

IT IS SO ORDERED.

Dated: December 27, 2019

Hon. Gonzalo P. Curiel
United States District Judge